## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

AMERICAN MODERN SELECT    )
INSURANCE COMPANY,         )
                           )
        Plaintiff,         )
                           )
v.                         )    Case No. 3:14-cv-610-SMY-SCW
                           )
ELMER GARDNER and VERNA    )
GARDNER,                   )
                           )
        Defendants.        )

### PLAINTIFF'S MOTION TO COMPEL

**COMES NOW** Plaintiff American Modern Select Insurance Company ("Plaintiff"), and for its Motion to Compel against Defendants Elmer and Verna Gardner (collectively "Defendants"), states as follows:

1.    In compliance with the Court's Scheduling and Discovery Order, Plaintiff propounded its First Set of Interrogatories and First Requests for Production of Documents on each Defendant on December 1, 2014.   (*See* Exhibit A, Plaintiff's First Set of Interrogatories directed to Defendant Elmer Gardner; Exhibit B, Plaintiff's First Set of Interrogatories directed to Defendant Verna Gardner; Exhibit C, Plaintiff's First Requests for Production directed to Defendant Elmer Gardner; Exhibit D, Plaintiff's First Requests for Production directed to Defendant Verna Gardner).

2.    To date, Defendants have wholly failed to respond to Plaintiff's written discovery and, in addition, have failed to make their required initial disclosures pursuant to Rule 26 within the deadline set by the Court's Scheduling and Discovery Order.

3. Under Rules 33(b)(2) and 34(b)(2)(A) of the Federal Rules of Civil Procedure, Defendants answers and responses were due on or before January 5, 2015.

4. In order to avoid bringing this matter before the Court, pursuant to Rule 37(a)(1), on March 11, 2015, Plaintiff's counsel sent a correspondence to Defendants' counsel requesting responses within seven (7) days or Plaintiff would file this Motion.  (*See* Exhibit E, March 11, 2015 Correspondence).

5. To date, Plaintiff has not received any discovery responses from Defendants, nor a request for any additional time to respond.

6. Therefore, Plaintiff respectfully requests that the Court enter an Order directing Defendants to respond to Plaintiff's First Set of Interrogatories and First Requests for Production of Documents within seven (7) days without objection.

**WHEREFORE** Plaintiff American Modern Select Insurance Company respectfully requests that the Court grant its Motion to Compel and for any and all further relief that the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/ Corey L. Kraushaar
Corey L. Kraushaar #6281922
**BROWN & JAMES, P.C.**
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400 Telephone
(314) 421-3128 Facsimile
ckraushaar@bjpc.com

*Attorneys for Plaintiff American*
*Modern Select Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

William S. Daniel – WSD@DanielLawOffices.com
**DANIEL LAW OFFICES**
345 Missouri Avenue
East St. Louis, IL 62201
*Attorney for Defendants*
*Elmer and Verna Gardner*

/s/ Corey L. Kraushaar

12247861