IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN MODERN SELECT INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 3:14-cv-610-SMY-SCW ) |
| ELMER GARDNER and VERNA GARDNER, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S PETITION FOR RELIEF ON DEFAULT JUDGMENT**

**COMES NOW** Plaintiff American Modern Select Insurance Company ("Plaintiff"), by and through undersigned counsel, and for its Petition for Relief on Defendants Elmer and Verna Gardner's (collectively "Defendants") Default Judgment, states as follows:

**1.** On May 28, 2014, Plaintiff filed its Complaint for Declaratory Judgment in the United States District Court for the Southern District of Illinois seeking a judicial determination of the parties' rights, obligations and liabilities under an insurance policy issued by Plaintiff to Defendant Elmer Gardner.

**2.** Due to Defendants' repeated failures to attend properly-noticed depositions in violation of the Court's Order, the Court, on December 16, 2015, entered Default Judgment in favor of Plaintiff and against Defendants.

**3.** In entering Default Judgment against Defendants, Plaintiff requests the Court make the following specific findings of fact:

   **(a)**   Plaintiff issued a dwelling insurance policy, policy number 0850047421265, to Defendant Elmer Gardner with a policy period of May 22, 2013 to August 22, 2013 that insured property located at 128 Carver St., Madison, Illinois 62060 ("subject property");

   **(b)**   On August 5, 2013, a fire occurred at the subject property damaging the subject property and the personal property located therein;

   **(c)**   On January 16, 2014, Defendants submitted a Sworn Statement in Proof of Loss to Plaintiff making a formal demand for payment to Defendants for $75,000 for damage to the subject property;

   **(d)**   There is no coverage under the insurance policy for the damages claimed by Defendants because the fire was intentionally set by or at the direction of Defendant Elmer Gardner with the intent to cause such loss;

   **(e)**   There is no coverage under the insurance policy for the damages claimed by Defendants because they intentionally concealed and/or misrepresented material facts and/or circumstances, engaged in fraudulent conduct, dishonest and/or criminal conduct, and/or made false statements surrounding the fire loss, the claim presented, and/or the insurance;

    **(f)**    That due to Defendants' conduct and the presented special circumstances including Defendants' repeated discovery failures, fraud and misrepresentations, Plaintiff is entitled to recover its reasonable attorneys' fees, costs and claim related expenses.

4.    In entering default judgment against Defendants, Plaintiff requests the Court award Plaintiff the following relief:

    **(a)**    A judgment construing the insurance policy including the applicable coverage provisions, exclusions, and conditions thereunder in favor of Plaintiff, such that no coverage exists for Defendants under the insurance policy;

    **(b)**    $1,410.20, which represents the expenses Plaintiff incurred in investigation, adjustment, and evaluation of Defendants' insurance claim (*See* Exhibit A, Invoices of Expenses);

    **(c)**    $38,069.90, which represents Plaintiff's reasonable attorneys' fees incurred in pursuing this action (*See* Exhibit B, Affidavit of Christopher J. Seibold; Exhibit C, Brown & James, P.C. Invoice of Professional Services); and

    **(d)**    Post-judgment interest.

**WHEREFORE** Plaintiff American Modern Select Insurance Company respectfully requests that the Court, upon Default Judgment, declare that no coverage exists under the insurance policy and awarding Plaintiff reasonable

attorneys' fees, costs and claim related expenses along with post-judgment interest.

Respectfully submitted,

*/s/ Corey L. Kraushaar*
Corey L. Kraushaar #6281922
**BROWN & JAMES, P.C.**
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400 Telephone
(314) 421-3128 Facsimile
ckraushaar@bjpc.com

*Attorneys for Plaintiff American*
*Modern Select Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

William S. Daniel – WSD@DanielLawOffices.com
**DANIEL LAW OFFICES**
345 Missouri Avenue
East St. Louis, IL 62201
*Attorney for Defendants*
*Elmer and Verna Gardner*

*/s/ Corey L. Kraushaar*

4