IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
AT EAST ST. LOUIS, ILLINOIS

| | | |
|---|---|---|
| AMERICAN MODERN SELECT INSURANCE COMPANY, | ) ) ) | |
| Plaintiff-Insurer, | ) ) ) | |
| v. | ) ) ) | Civil Cause No.: 3:14-cv-610-SMY-SCW |
| ELMER GARDNER and VERNA GARDNER, | ) ) ) ) | |
| Defendants-Insureds. | ) | |

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PETITION FOR RELIEF ON DEFAULT JUDGMENT

COME NOW Defendants, Elmer & Verna Gardner, husband and wife of each other, by and through their Attorney of Record, William S. Daniel of Daniel Law Offices, East St. Louis, Illinois, and respectfully submit unto the United States District Court for the Southern District of Illinois at Benton, Illinois, each and all of the following Objections to the District Court Judge, Staci M. Yandle, to deny the Insurance Company's Petition for Relief on Default Judgment:

1.  This District Court should at least defer entering its ruling until after the April 4, 2016 trial of the Madison County State of Illinois 3 counts of "residential arson" contested criminal proceedings:, in order to prevent any

ruling in this Federal civil case complicating the state court criminal case.

2.   Criminal charges are still pending against Elmer Gardner in Madison County Illinois State Court Case No. 2014-CF-659, which, upon his information and belief, were initiated, instigated and instituted by his own Insurer, Plaintiff herein, American Modern Select Insurance Company.

3.   As readily appears from the face of the Insurance Company's pending Petition for Relief on Default Judgment, the insurance Company is actively continuing to "assist" the criminal prosecution.

4.   E.g., beyond seeking the permissible and only appropriate relief of a declaration of no coverage, the Insurance Company also requests this District "Court to make the following specific findings of fact:

"(d)...because the fire was intentionally set by or at the direction of the Defendant Elmer Gardner with the intent to cause such loss";

"(e)...because they intentionally concealed and/or misrepresented material facts and/or circumstances, engaged in fraudulent conduct, dishonest and/or criminal conduct, and/or made false statements surrounding the fire loss, the claim presented, and/or the insurance"

"**(f)**...including Defendants' repeated discovery failures, fraud and misrepresentations".

5.  The subject Default Judgment was only a pretrial discovery sanction, NOT any kind of finding on the merits of his case, which were not reached, as there has been no summary judgment or trial verdict and judgment. Gardners denied the Insurance Companies allegations and filed their Counterclaims. Thus, this Insurance Company's reach far, far, far exceeds its grasp.

6.  There was a Magistrate's finding that the Gardners failed to appear for their pretrial discovery depositions. There has been no finding on the merits.

7.  There has been no finding as to any of the "(d), "(e)" and/or "(f)" items referenced in Par. 4 above.

8.  The Insurance Company is not entitled to any judicial relief from this case on the subject discovery sanction other than a declaration that "no coverage exists under the insurance policy".

WHEREFORE, reserving any additional Objections to the 10:00 a.m., Wednesday, March 23, 2016 Court Hearing in Benton, having raised their above stated and filed Objections to the Insurance Company's "16th day of March, 2016" served Plaintiff's Petition for Relief on Default Judgment, Gardner Defendants

request the District Court to sustain their Objections, and thereupon grant only the judicial relief of a declaration of no coverage.

Respectfully submitted this 18th day of March, 2016.

        DANIEL LAW OFFICES

        /S/ William S. Daniel
        William S. Daniel, IL ARDC #0576891
        Daniel Law Offices
        345 Missouri Avenue
        East St. Louis, IL 62201-3036
        (618) 698.5384  Telephone
        (618) 271.9628  Facsimile
        WSD@DanielLawOffices.com  Email
        Attorney for Gardner Defendants-Insureds-Counterplaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
AT BENTON, ILLINOIS

| | |
|---|---|
| AMERICAN MODERN SELECT INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>ELMER GARDNER and VERNA GARDNER, )<br><br>Defendants. ) | Civil Cause No.: 3:14-cv-610-SMY-SCW |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on Friday, the 18th day of March, 2016 the foregoing Gardner-Insureds-Defendants-Counterplaintiffs' Objections to Plaintiff's Petition for Relief on Default Judgment were duly served upon Insurer-Plaintiff-Counter-Defendant's Counsel via e-filing electronic transmission:

Corey L. Kraushaar - ckraushaar@bjpc.com
Brown & James, P.C. Law Firm
800 Market Street, Suite 1100
St. Louis, MO  63101
(314) 421-3400  Telephone
(314) **421-3128  Facsimile**
ckraushaar@bjpc.com Email
Attorneys for Insurer-Plaintiff-Counterdefendant American Modern Select Insurance Company, [the Insurance Company]

/S/ *William S. Daniel*
William S. Daniel, IL ARDC #0576891
3:14-cv-610-SMY-SCW

Page 1 of 1